1  **ROBERT ISHIKAWA, #90621**
   Attorney at Law
2  5707 N. West Ave.
   Fresno, CA  93711
3  (559) 431-5700

4  Attorney for Plaintiff

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  GINA MARQUEZ                    )
                                    )
9                                   )
              Plaintiff,            )   Case No:   05-CV-01139 REC SMS
10                                  )
                                    )
11                                  )
   JO ANNE B. BARNHART,             )
12 Commissioner of Social           )   **STIPULATION AND ORDER**
   Security                         )   **TO EXTEND TIME**
13            Defendant(s).         )
                                    )
14 _____)

15     The parties, through their respective counsel, stipulate that plaintiff's time to prepare and

16 file the confidential letter brief be extended from February 8, 2006 to March 8, 2006.

17     This is plaintiff's first request for an extension of time to prepare the plaintiff's confidential

18 letter brief.

19     Plaintiff needs the additional time to adequately review the file and prepare a response to

20 this matter.

21

22 //

23

24 //

25

26

27

28

1
2  Dated: February 8, 2006                    /s/ Robert Ishikawa
                                              Robert Ishikawa
3                                             Attorney for plaintiff
4
5  Dated: February 8, 2006                    /s/ Kristi C. Kapetan
                                              (as authorized via fax)
6                                             Kristi C. Kapetan
                                              Assistant U.S. Attorney
7
8  IT IS SO ORDERED:
9
10 Dated: 2/14/2006                           /s/ Sandra M. Snyder
                                              Sandra M. Snyder
11                                            U.S. Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                              2