**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Esther Solem

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | 1:05- cv-01139 REC SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff is in receipt of the Government's confidential letter denying voluntary remand dated May 25, 2006. Accordingly, the parties hereby stipulate that plaintiff shall file her opening brief on or before June 26, 2006, and thereafter, the Court's scheduling order shall be in effect.

Dated: May __26__, 2006　　　　/s/ Robert Ishikawa
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　Attorney for Plaintiff, ESTHER SOLEM

Dated: May __26__, 2006　　　　/s/ Kristi Kapetan
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KRISTI KAPETAN
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: __6/5/2006__

　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE SANDRA M. SNYDER
　　　　　　　　　　　　　　　　United States Magistrate Judge