**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Gina Marquez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARQUEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ | 1:05- CV-01139-AWI-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due June 26, 2006, and is therefore requesting additional time in which to file his motion until July 26, 2006.

Dated: June  26 , 2006     /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, ESTHER SOLEM

Dated: June  26 , 2006     /s/ Kristi Kapetan
_____
KRISTI KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 6/28/2006

      /s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge