**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Gina Marquez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:05- CV-01139 AWI SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due July 26, 2006, and is therefore requesting additional time in which to file his motion until August 26, 2006.

Dated: July __26__, 2006        /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, GINA MARQUEZ

Dated: July __26__, 2006        /s/ Kristi Kapetan
_____
KRISTI KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 8/11/2006

/s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge

1