1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Gina Marquez

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                       EASTERN DISTRICT OF CALIFORNIA

8

9  GINA MARQUEZ,                          )   1:05-cv-01139 AWI-SMS
                                           )   (NEW Case number)
10         Plaintiff,                      )
                                           )   STIPULATION AND ORDER TO
11     v.                                  )   EXTEND TIME
                                           )
12 JO ANNE B. BARNHART,                    )
   Commissioner of Social Security,        )
13                                         )
           Defendant.                      )
14 _____)

15     Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due

16 August 26, 2006, and is therefore requesting additional time in which to file his motion until

17 September 8, 2006.

18 Dated: August __25__, 2006          /s/ Robert Ishikawa

19                                     _____
                                       ROBERT ISHIKAWA
                                       Attorney for Plaintiff, GINA MARQUEZ
20
   Dated: August __28__, 2006          /s/ Kristi Kapetan
21
                                       _____
22                                     KRISTI KAPETAN
                                       Assistant U.S. Attorney

23 IT IS SO ORDERED.

24

25 Dated: 8/29/2006

26                                      /s/ Sandra M. Snyder
                                       THE HONORABLE SANDRA M. SNYDER
27                                     United States Magistrate Judge

28

                                           1