# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARQUEZ, | 1:05-cv-01139 LJO GSA |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Document 34) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On February 28, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be granted, that the Commissioner's decision be reversed, that Plaintiff be awarded benefits and that judgment be entered for Plaintiff Gina Marquez against Defendant Michael J. Astrue.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) days of the date of service of the order.  Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 28, 2008, is ADOPTED IN FULL; and

2. The appeal is GRANTED.  The Commissioner's decision is REVERSED and Plaintiff shall be AWARDED benefits.  Judgment SHALL be entered for Plaintiff Gina Marquez against Defendant Michael J. Astrue, Commissioner of Social Security.

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:** **March 19, 2008**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE