UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARQUEZ, | ) |
| | ) |
| Plaintiff, | ) NO. 1: 05-1139 LJO-GSA |
| | ) |
| v. | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT ATTORNEY |
| | ) FEES PURSUANT TO |
| MICHAEL J. ASTRUE, | ) 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of five thousand dollars and zero cents ($5000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:    July 14, 2008             /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE